IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> DLS ENGINEERING ASSOCIATES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 3:21-cv-1214 |

## CONSENT DECREE

The Consent Decree ("Decree") is made and entered into by and between Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant DLS Engineering Associates, Inc. ("DLS").

### INTRODUCTION

1.  The EEOC filed this action on December 9, 2021, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq. ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. §1981a, to correct alleged unlawful employment practices on the basis of sex and to provide

1

appropriate relief to Charging Party Shelby Anderson f/k/a Shelby Linton.

2. The EEOC alleged that DLS violated Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, by failing to hire or otherwise employ Ms. Anderson for the position of Engineering Logistics Analyst based on her pregnancy, a condition of her sex, female. DLS has denied the EEOC's allegations and makes no admissions of liability or violations of the law herein.

## EFFECTIVE DATE

3. The Effective Date of this Decree is the date on which the Court gives final approval to the Decree by entering it on the Court docket after motion and hearing, if required.

## GENERAL PROVISIONS

4. This Decree fully and finally resolves the claims asserted in the Complaint filed by the EEOC in this action styled *EEOC v. DLS Engineering Associates, Inc.*, Case No. 3:21-cv-1214, in the United States District Court, Middle District of Florida. Such action arose from the allegations contained in EEOC Charge Number 510-2021-01882C.

5. The Parties acknowledge that this Decree does not resolve any other Charges of Discrimination that may be pending with the EEOC against DLS. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or may later be filed against

2

DLS in accordance with standard EEOC procedures.

6. If one or more provisions of this Decree are rendered unlawful or unenforceable, the Parties shall attempt to agree upon what amendment to this Decree, if any, is appropriate to effectuate the purposes of the unlawful or unenforceable portion of this Decree. In any event, the unaffected provisions will remain enforceable.

7. No waiver, modification, or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties.

8. Nothing in this Decree shall be construed to limit or reduce DLS's obligation to comply with the statutes enforced by the EEOC. *MMH*

## FINDINGS

9. Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record and stipulations of the Parties, the Court finds the following:

   a. This Court has jurisdiction over the subject matter of this action and the Parties;

   b. The terms of this Decree are adequate, reasonable, equitable, and just, and the rights of the Parties, and the public interest are adequately protected by this Decree; and

   c. The terms of this Decree are and shall be binding upon the present

3

and future representatives, agents, directors, officers, successors, and assigns of DLS.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

## DURATION OF THE DECREE & JURISDICTION

10. All provisions of this Decree shall be in effect (and the Court will retain jurisdiction of this matter to enforce this Decree) for a period of thirty months after the Effective Date, provided, however, that if, at the end of the period, any disputes regarding compliance remain unresolved, the term of the Decree shall be automatically extended (and the Court will be authorized to retain jurisdiction of this matter to enforce the Decree) until such time as all such disputes have been resolved. *(MMH)*

11. No party shall contest the jurisdiction of this Federal Court to enforce this Decree and its terms or the right of the EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree; *(MMH)*

## CHARGING PARTY'S RELIEF

12. In settlement of this lawsuit, DLS shall pay the total sum of $70,000, which shall be the full and final amount DLS shall pay to settle claims brought by the EEOC in this lawsuit based on EEOC Charge of Discrimination No. 510-2021-01882C.

13. The check(s) comprising the settlement amount shall be hand

4

delivered or mailed to Ms. Anderson via her counsel via overnight mail no later than fourteen (14) days from the Effective Date. DLS shall issue tax forms as appropriate.

14. If DLS fails to tender payment as described in paragraphs 12 and 13, above, then DLS shall pay interest on the defaulted payment at the rate calculated pursuant to 26 U.S.C. § 6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay of DLS.

15. Copies of all payments made pursuant to paragraphs 12 and 13 above, and the I.R.S. Forms referred to in paragraph 13 [MMH], shall be sent to chelsae.ford@eeoc.gov and mdoconsentdecreecompliance@eeoc.gov

16. DLS agrees that Shelby Anderson will not be penalized for filing the charge of discrimination and she shall be eligible for consideration for future positions with DLS for which she applies.

## INJUNCTION

17. DLS and its officers, managers, supervisors, agents, and any other individuals with hiring authority who receive actual notice of this decree [MMH], shall not consider a female's pregnancy or expected childbirth in making hiring and termination decisions.

## ONGOING COMMITMENT TO EQUAL EMPLOYMENT OPPORTUNITY

18. Within sixty (60) calendar days of the Effective Date, DLS will

5

revise, disseminate, implement and maintain a policy that prohibits discrimination on the basis of sex, including pregnancy. The policy shall explicitly state that: (1) pregnancy discrimination is a form of sex discrimination; and (2) sex discrimination in hiring is prohibited and will not be tolerated. The policy must also include clear procedures for making a complaint of discrimination, including the name(s) and contact information of the person(s) responsible for receiving complaints. There shall be at least one human resources official or other official identified for receiving complaints.

19. The policy shall be distributed to all current employees within sixty (60) days of its adoption and shall be given to all new employees within ten (10) days of hire during the duration of this Decree.

20. The policy shall state that (i) DLS will not make assumptions about the capabilities of pregnant employees; (ii) DLS will not make assumptions about whether a pregnant employee will request leave time.

21. Within thirty (30) calendar days of the Effective Date, DLS will complete the following steps relating to its job advertisements and applications for positions in all programs:

   a. DLS shall direct managers or third-party vendors to include the following language in all job advertisements: "DLS is an Equal Opportunity Employer." The failure of an individual manager or third-party vendor to include such language shall not be deemed a

6

violation of the Decree, provided that DLS takes prompt corrective action upon notice that a job advertisement is not compliant.

b. Each application shall include the following language:

DLS IS AN EQUAL OPPORTUNITY EMPLOYER. QUALIFIED APPLICANTS WILL RECEIVE CONSIDERATION WITHOUT REGARD TO AGE, RACE, RELIGION, SEX (PREGNANCY, SEXUAL ORIENTATION, GENDER IDENTITY) NATIONAL ORIGIN, OR DISABILITY. WE ENCOURAGE ALL QUALIFIED APPLICANTS TO APPLY. IF YOU BELIEVE YOU HAVE BEEN DISCRIMINATED AGAINST, PLEASE CONTACT BARBARA ELLISON. YOU ALSO HAVE THE RIGHT TO FILE A CHARGE OF DISCRIMINATION WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.

## TRAINING

22. Within sixty (60) calendar days of the Effective Date of this Decree, and again in or around August 2023, DLS shall provide a two (2) hour training session on sex discrimination as described in paragraph 24 below for each of its employees that has authority to hire and/or terminate employees. The initial training must be live.

23. The initial training shall take place within sixty (60) calendar days of the Effective Date.

24. DLS shall retain, at its own expense, a subject matter expert ("SME") on discrimination to conduct the training sessions. The SME shall not have advised DLS on its decision to rescind Ms. Anderson's job offer. As of the date of this agreement, the EEOC and DLS have agreed to an SME. The training

7

shall include, but is not limited to, the following: (1) an explanation of the prohibition against discrimination based on sex and pregnancy or future pregnancy; (2) an explanation of the prohibition against retaliation under Title VII of the Civil Rights Act of 1964 including, but not limited to, DLS's complaint and investigation procedures, what constitutes retaliation for opposing discrimination or making a charge, testifying, assisting, or participating in any manner in investigations, proceedings, or hearings concerning discrimination or retaliation; and (3) an explanation on how to avoid discrimination in interviewing and hiring including, but not limited to, sex-neutral and non-discriminatory recruiting, interviewing, and hiring and training on how to avoid stereotypes, including sex-based stereotypes and gender-role stereotypes, in hiring and in the workplace, and a description of the types of questions that should not be asked of and assumptions that should not be made of applicants and/or interviewees. The Training shall also cover the need to avoid assumptions about pregnant employees, their capabilities, and whether they will need leave.

25. DLS agrees that the EEOC, at its discretion, may attend training sessions required by this Consent Decree. DLS will provide the EEOC with at least fourteen (14) days' advance notice of the time, date, and location of each training. The notice shall be sent to chelsae.ford@eeoc.gov and mdoconsentdecreecompliance@eeoc.gov with the subject line "DLS Consent

8


Decree." DLS also agrees to notify the EEOC of any scheduling changes.

26. Within ten (10) days of the completion of each training session, DLS will notify the EEOC in writing of the completion of the date of the training session and the name and job title of each person who attended the training. DLS will also provide copies of all written or visual materials provided to the participants of the training sessions. This information shall be sent to chelsae.ford@eeoc.gov and mdoconsentdecreecompliance@eeoc.gov with the subject line "DLS Consent Decree."

## NOTICE

27. Within ten (10) business days after the Effective Date of this Decree, DLS will post a copy of the Notice attached as Exhibit A in its corporate office in Virginia Beach, Virginia in a location easily accessible to and commonly frequented by DLS's employees. The Notice shall be at least eleven by fourteen inches and laminated. The Notice will remain posted for the first two years of this Decree. DLS will take reasonable steps to ensure that the postings are not altered, defaced or covered by any other material. DLS will certify to the EEOC in writing within fourteen (14) business days after the Effective Date of the Decree that the Notice has been properly posted. (MMH)

## MONITORING AND REPORTING

28. The EEOC may review compliance with this Decree at any time. In the event the EEOC believes there has been a violation of the Decree, and as (MMH)

9

part of ~~the~~ EEOC's review and compliance monitoring, the EEOC may conduct interviews of DLS management employees and request and obtain documents from DLS, including application documents that show an applicant's relevant work experience or discuss, if any, an applicant's performance during interviews and any other stages of the hiring process. To the extent ~~the~~ EEOC requests assistance in these compliance efforts, ~~the~~ EEOC will provide DLS with at least fifteen (15) days' notice of the need for assistance. DLS will assist ~~the~~ EEOC with coordinating interviews of non-management employees by providing ~~the~~ EEOC with last known contact information, if available, for the non-management employees.

29. DLS will provide to the EEOC the following written reports on the six-month anniversary of the Effective Date of this Decree and then ten days prior to the end of the Decree. The reports shall be sent via electronic mail to chelsae.ford@eeoc.gov and mdoconsentdecreecompliance@eeoc.gov with the subject line "DLS Consent Decree." Each report shall contain:

    a. A certification that DLS has complied with paragraphs 19 and 21 above;

    b. During the first two years of the Decree, a certification that the Notice required to be posted in paragraph 27 above remained posted during the entire period preceding the Report;

    c. A summary report containing (i) the name of each open non-

executive position that DLS filled over the prior six months and, (ii) for each open position, a list of applicants for that position, as well as each applicant's or new hire's gender, and (iii) the name and gender of the person hired for each position; and

d. A report identifying: (i) the name and last known contact information (including telephone number; address; and email) of any applicant or employee that has complained about sex discrimination, whether such complaint is verbal or written; (ii) a description of the nature of each complaint received, including the name and title of the alleged discriminator, name of the applicant or employee making the complaint, relevant dates, and what action (if any) DLS took in response to the complaint. If there are no complaints of discrimination or retaliation, DLS shall indicate the same.

30. Nothing contained in this Decree shall be construed to limit any legal obligation DLS may otherwise have to maintain records, including under Title VII and its record keeping regulations.

**DISPUTE RESOLUTION**

31. In the event that either party believes that the other party has failed to comply with any provisions of the Decree, the complaining party shall notify the alleged non-complying party in writing of such non-compliance and

afford the alleged non-complying party fourteen (14) calendar days to remedy the non-compliance or satisfy the complaining party that the alleged non-complying party has, in fact, complied. This time period may be extended by the parties by written agreement. If the alleged non-complying party has not remedied the alleged non-compliance or satisfied the complaining party that it has complied within fourteen (14) calendar days (or such time period as otherwise agreed), the complaining party may apply to the Court for appropriate relief.

## NOTIFICATION OF SUCCESSORS

32. DLS shall provide prior written notice of this lawsuit and a copy of the Complaint and this Decree to any potential purchasers, successors, assigns, subsidiaries, affiliates, or any other corporation, entity, or division with which DLS may merge or consolidate. All such entities shall be bound by this Decree to the extent permissible under the law.

## NO CONDITIONAL RECEIPT

33. DLS will not condition the receipt of individual relief on Shelby Anderson's agreement to (a) maintain as confidential the terms of this Consent Decree; (b) waive her statutory right to file a charge of discrimination with any federal or state anti-discrimination agency; (c) or waive her right to apply for employment with DLS in the future.

## COSTS

34. Each party to this Decree shall bear its own costs associated with this litigation.

35. DLS shall bear all taxable costs incurred by the EEOC caused by DLS's non-compliance with this decree, including but not limited to any and all taxable costs arising out of EEOC's efforts to remedy any breach in this Court.

IT IS SO ORDERED in ~~Tampa~~ Jacksonville, Florida on April 25, 2022.   MMH

*/s/ Marcia Morales Howard*
The Honorable Marcia Morales Howard
United States District Judge

AGREED TO:

FOR PLAINTIFF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

By: */s/ Beatriz Andre*      Date: 3/16/22
BEATRIZ ANDRE
Acting Regional Attorney
U.S. EEOC
Miami District Office
100 S.E. 2nd Street,
Suite 1500
Miami, Florida 33131
Tel: 786-648-5835

FOR DEFENDANT DLS ENGINEERING ASSOCIATES, INC.:

By: _____   Date: 15 March 2022

Barbara Ellison
Controller, DLS Engineering Associates, Inc.
5701 Cleveland St
STE 220
Virginia Beach, VA 23462
Tel: (757) 494-5151



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE TO ALL DLS EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the U.S. District Court, Middle District of Florida, in *EEOC v. DLS Engineering Associates, Inc.*, Case No. 3:21-cv-1214. In this case, the EEOC alleged that DLS violated Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, by failing to hire or otherwise employ a female for an engineering logistics analyst position based on her pregnancy, a condition of her sex, female. DLS denies the allegations. DLS agreed to display this posting as part of the resolution of this matter.

Title VII protects individuals from employment discrimination because of their sex. Additionally, Title VII protects employees from discrimination for making charges, testifying, assisting, or participating in enforcement proceedings. DLS will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws. It is the policy of DLS to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, disability, or other protected characteristic. DLS does not tolerate intentional discrimination in violation of the provisions of Title VII of the Civil Rights Act of 1964. as amended; the Age Discrimination in Employment Act (ADEA); Genetic Information Nondiscrimination Act of 2008 (GINA); or the Equal Pay Act (EPA) of 1963, or the Americans with Disabilities Act (ADA), as amended.

DLS assures its employees that it supports Title VII and will not take any action against an individual because he/she has exercised his/her rights under the law to oppose discriminatory acts or to file charges with the EEOC. Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated DLS's policy prohibiting discrimination.

The EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex. and age. If you believe you have been discriminated against, you may contact the EEOC at 1(800)669-4000. The EEOC charges no fees and has employees who speak languages other than English.

This Notice must remain posted for two years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice may be directed to: Beatriz Andre, Acting Regional Attorney, Re: DLS Consent Decree at U.S. Equal Employment Opportunity Commission 100 S.E. 2nd Street, Suite 1500, Miami, Florida 33131 and beatriz.andre@eeoc.gov

Date: _____

                                               _____
                                               Controller, DLS Engineering Associates, Inc.